# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gilberto GBORTOE Gutierrez**<br>DOB: xx/xx/2001<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-04443MJ |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On March 5, 2020, within the District of Arizona, Gilberto GBORTOE Gutierrez knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 4,000 rounds of Tulammo 7.62x39mm caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 5, 2020, Gilberto GBORTOE Gutierrez was the driver and sole occupant of a vehicle attempting to exit the United States and enter the Republic of Mexico at the Port of Entry in Nogales, Arizona. While outside the vehicle, Customs and Border Protection Officers at the Port of Entry visually observed a box behind the driver seat partially covered by a blanket as GBORTOE proceeded through the outbound inspection. Officers then inspected the vehicle, and upon moving the blanket observed shipping and warning labels indicating that the box contained ammunition. Officers recovered four boxes, one behind the driver seat and three in the space where a spare tire would normally be located. Each box contained 1,000 rounds of ammunition, for a total of 4,000 rounds of Tulammo 7.62x39mm caliber ammunition. GBORTOE gave the officers consent to inspect his cellular telephone, which contained text messages from Mexican phone numbers providing an address, which matched the address on the shipping labels of the boxes of ammunition. Port of Entry vehicle crossing records revealed that GBORTOE had entered the United States from Mexico in the same vehicle the previous day, March 4, 2020. GBORTOE stated that he did not have a license to export ammunition from the United States into Mexico, and knew it was illegal to do so.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

DETENTION REQUESTED

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

REVIEWED by AUSA Angela W. Woolridge

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
HSI Special Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]    Maria S. Aguilera

DATE: March 6, 2020

1) See Federal rules of Criminal Procedure Rules 3 and 54